ORIGINAL
FILED
JUN 27 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
JUN 28 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

LODGED
JUN 20 2006
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

Michael S. Kogan (State Bar No. 128500)
ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard
Ninth Floor
Beverly Hills, California 90212-2974
Telephone 310.273.6333
Facsimile 310.859.2325

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>UNITED FINISHING & LAMINATING, INC.,<br><br>Debtor. | Case No. SV 06-10635-KT<br><br>Chapter 11<br><br>ORDER APPROVING DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND APPROVAL OF STIPULATION REGARDING USE OF CASH COLLATERAL AND ADEQUATE PROTECTION WITH GE CAPITAL SMALL BUSINESS FINANCE CORPORATION<br><br>DATE: June 13, 2006<br>TIME:: 2:00 p.m.<br>PLACE: Courtroom 301 |

The Debtor's Motion For Order Authorizing Use Of Cash Collateral And Approval Of Stipulation Between The Debtor And GE Capital Small Business Finance Corporation (the "Motion") requesting an order approving the Stipulation Authorizing Use of Cash Collateral And For Adequate Protection (the "Stipulation"), which authorizes the Debtor to continue to use certain cash collateral of the Debtor's bankruptcy estate (the "Estate"), and provides adequate protection to GE Capital Small Business Finance Corporation ("GE") filed by debtor and debtor in possession herein, United Finishing & Laminating Inc. (the "Debtor") came on for hearing at the

Ervin, Cohen
& Jessup LLP

IDOCS:12502.2:537070.1

- 1 -

1 | above time and in the above noticed place, before the Honorable Katherine Thompson, presiding.
2 | Appearances are as set forth in the record of the hearing.
3 |     Having found that notice was proper and the party alleging an interest in cash collateral is
4 | adequately protected and for other good cause shown,
5 | IT IS HEREBY ORDERED THAT:
6 |   1.    The Motion is hereby granted.
7 |   2.    The Stipulation Authorizing Use of Cash Collateral And For Adequate Protection
8 | With GE Capital Small Business Finance Corporation (the "Stipulation"), which authorizes the
9 | Debtor to continue to use certain cash collateral of the Debtor's bankruptcy estate (the "Estate"),
10 | and provides adequate protection to GE Capital Small Business Finance Corporation ("GE")
11 | authorizing use of cash collateral and granting adequate protection, which is attached to the
12 | Motion as Exhibit "A", is approved. Notwithstanding anything in the Motion or Stipulation to the
13 | contrary, GE shall not have a security interest in any avoidance actions or the proceeds of such
14 | actions.
15 |   3.    As set forth in the record of the hearing, the United States of America, Internal
16 | Revenue Service ("IRS") shall have adequate protection for the use of the Cash Collateral[1] by a
17 | lien on all the property of the Debtor upon which the IRS has a lien on the Petition Date, and a lien
18 | on all property acquired by the Debtor after the Petition Date which is similar to or is a
19 | replacement of the Cash Collateral to the same validity, priority and extent as its pre-petition lien.
20 | Said lien is subject to any priority that may exist in favor of the GE.  This replacement lien shall
21 | include, but is not limited to, a lien and security interest in the post-petition accounts receivable,
22 | inventory and proceeds thereof generated from the operation of the Debtor.
23 |   4.    As set forth in the record of the hearing, the Debtor shall make monthly payments
24 | to the IRS in the sum of $578.00 (Five Hundred Seventy-Eight Dollars) as further adequate
25 | protection payments to the IRS.  Said payments shall commence within 30 days of the date of

---

[1] Defined terms are as set forth in the Motion.

Ervin, Cohen
& Jessup LLP

IDOCS:12502.2:537070.1

- 2 -

1  entry of this Order, and shall continue on the same date of each subsequent month thereafter as the

2  date on which the Order approving this Stipulation is entered.

3

4  Dated: JUN 2 7 2006

5  THE HONORABLE KATHERINE
   THOMPSON
6  UNITED STATES BANKRUPTCY JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ervin, Cohen
& Jessup LLP

iDOCS:12502.2:537070.1

- 3 -

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>UNITED FINISHING & LAMINATING, INC.         Debtor. | CHAPTER  11<br>CASE NUMBER: SV 06-10635 KT |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER APPROVING DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND APPROVAL OF STIPULATION REGARDING USE OF CASH COLLATERAL AND ADEQUATE PROTECTION WITH GE CAPITAL SMALL BUSINESS FINANCE CORPORATION

   was entered on *(specify date)*: JUN 28 2006

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): JUN 28 2006

Dated: JUN 28 2006

JON D. CERETTO
Clerk of the Bankruptcy Court

By: *L. Marshall*
Deputy Clerk

# COURT SERVICE LIST

## In re United Finishing & Laminating, Inc.
### Case No. SV 06-10635 KT

**Debtor**
United Finishing & Laminating, Inc.
3401 Pasadena Avenue
Los Angeles, CA 90031

IRS
John D. Faucher
Attorney
Office of Chief Counsel
950 Hampshire Rd., East Pavilion
Thousand Oaks, CA 91361

**Attorneys for G.E. Small Business Finance**
Marshall Goldberg, Esq.
Glass & Goldberg
21700 Oxnard Street, Ste. 430
Woodland Hills, CA 91367

Office of the United States Trustee
Attn: Jennifer Braun, Esq.
San Fernando Valley
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Attorneys for the Debtor**
Michael S. Kogan
Ervin, Cohen & Jessup
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212-2974

Ervin, Cohen
& Jessup LLP

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On June 19, 2006, I served the document described as

**ORDER APPROVING DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND APPROVAL OF STIPULATION REGARDING USE OF CASH COLLATERAL AND ADEQUATE PROTECTION WITH GE CAPITAL SMALL BUSINESS FINANCE CORPORATION**

on counsel for the parties in this action, or on the parties *in propria persona*, addressed as stated on the attached service list:

[X]     BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]     BY NEXT-DAY DELIVERY: Via Federal Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be dropped off at the Federal Express office located at 1901 Avenue of the Stars, Los Angeles, California 90067

[ ]     BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]     (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on June 19, 2006 at Beverly Hills, California.

Sophia L. Lee

Ervin, Cohen
& Jessup LLP

# SERVICE LIST

**In re United Finishing & Laminating, Inc.**
**Case No. SV 06-10635 KT**

**Debtor**
United Finishing & Laminating, Inc.
3401 Pasadena Avenue
Los Angeles, CA 90031

IRS
John D. Faucher
Attorney
Office of Chief Counsel
950 Hampshire Rd., East Pavilion
Thousand Oaks, CA 91361

**Attorneys for G.E. Small Business Finance**
Marshall Goldberg, Esq.
Glass & Goldberg
21700 Oxnard Street, Ste. 430
Woodland Hills, CA 91367

Office of the United States Trustee
Attn: Jennifer Braun, Esq.
San Fernando Valley
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Ervin, Cohen
& Jessup LLP